UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 2:05-cr-21

ANTHONY LEONARD EAGLE,        HON. ROBERT HOLMES BELL

    Defendant.
_____/

**ORDER OF DETENTION**

        Defendant Anthony Leonard Eagle is charged in a three-count Indictment with Conspiracy to Distribute Cocaine Base, Conspiracy to Distribute and to Possess with Intent to Distribute Marijuana, and Possession With Intent to Distribute Cocaine Base.  The Government has moved for pretrial detention of the defendant.  A hearing was conducted on April 27, 2005.  For the reasons stated on the record, the Government's motion for detention (docket #10) is granted and the defendant will be detained pending further proceedings.  Accordingly,

        IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

Dated:  April 28, 2005                /s/ Timothy P. Greeley
                                          TIMOTHY P. GREELEY
                                          UNITED STATES MAGISTRATE JUDGE